# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 82 MM 2021 |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| LARRY SAMUELS, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 83 MM 2021 |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| LARRY SAMUELS, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.